

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF *Texas*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 3 2015  1:30 pm
CLERK, U.S. DISTRICT COURT
By_____ Deputy

DONALD D. WILLIS

Plaintiff

7205 Norma Street
Fort Worth, Texas 76112

Vs.

FAY SERVICING

Defendants
P.O. Box 220720

Chicago, Illinois 60622

CASE NO:

4:15-CV-83-A

# PETITION FOR DECLARATORY J.UDGMENT Pursuant to Rule 57 of the Federal Rules of Civil Procedure

COMES NOW Plaintiff in the above styled action petitions this honorable court to enter a Judgment Decree in favor of the Plaintiff. The Plaintiff hereby **disputes the debt and demamds validation thereof**. The property addresses is *7205 Norma Street-Fort Worth, Texas 76112*. This petition is set forth on the following grounds;

validation request within 30days of <u>receipt</u> thereof. The Defendant is not permitted proceed with the foreclosure of the instant Real Property of the Plaintiff pursuant to O.C.G.A. 23-2-114 that reads as follows;

> Powers of sale in deeds of trust, mortgages, and other instruments shall be strictly construed and shall be fairly exercised.

2.

The Defendant did unlawfully violate O.C.G.A. 51-1-8 having a legal duty to abort foreclosure thereby establishing a right of action that reads as follows:

> Private duties may arise from statute or from relations created by contract, express or implied. The violation of a private duty, accompanied by damage, shall give a right of action.

3.

The Defendants has failed to validate the debt as required by Fair Debts collections Practices Act 15 U.S.C.1692 (g)(b)and 8098 that reads as follows:

FAIR DEBTS COLLECTIONS PRACTICES ACT 8098

(b) If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector <u>shall cease collection of the debt,</u> or any disputed portion thereof, until the debt collector obtains verification of the debt.

The Defendant must comply with federal law as a Constitutional matter under Article 6 paragraph 2 of the U.S. Constitution (Edgar v. Mite Corporation 457 U.S. 624(1982, with federal law being mandatory authority.

(Copy of Article 6 paragraph 2 of the U.S. Constitution reads as follows)

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the contrary notwithstanding.

In Edgar v. Mite Corporation 457 U.S. 624(1982 J, the Supreme Court ruled:

"A ruling or state statute is void to the extent that it actually conflicts with a valid federal statute."

In a similar opinion, Stone v. City and County of San Francisco (968 F.2d 850, 862 (9th Cir. 1992). the court held on the issue of injunction and remediation, "otherwise valid state laws or court orders cannot stand in the way of a federal court's remedial scheme if the action is essential to enforce the scheme."

5.

The Respondent did violate Fair Debts Collections Practices Act 809B: and having a legal duty to cease and desist from conducting and foreclosure

proceedings pursuant to O.C.G.A. 51-1-8.

WHEREFORE PLAINTIFF DEMANDS THE FOLLOWING RELIEF;

1. This honorable Court Stay all foreclosure proceedings.

2. This honorable Court grant all relief this Court deems just and proper.
3. The petitioner is requesting $10,000,000 for illegal foreclosure practices.

This 3rd day of February 2015

Respectfully submitted:

Donald D. Willis, Pro se
7205 Norma Street
Fort Worth, Texas 76112

## VERIFICATION
### (Affidavit)

The undersigned Affiant Donald D. Willis by appellation does here with swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare under penalty of perjury. that I **do not** have an attorney to represent me in this case. Also that the contents are true, correct-and not misleading to the best of **his** Knowledge.

Donadl D. Willis, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the Petition for Declaratory Judgment upon the Defendants by certified mail return receipt through the United States Postal Service at the address below:

FAY SERVICING
    FAY SERVICING

    Defendants
P.O. Box220720

Chicago, Illinois 60622


_____
Donald D. Willis, Pro Se

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Donald D. Willis, Pro Se
7205 Norma
Fort Worth, Texas 76112

**(b)** County of Residence of First Listed Plaintiff: **Tarrant**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
Fay Serving P.O. Box 220720-Chicago, Illinois 60622

County of Residence of First Listed Defendant:
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

*[Stamp: 1:30 pm FEB - 3 2015 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS]*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☒ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**TORTS - PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Housing fraud and Discrimination

Brief description of cause:
Discrimination

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 10,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED PENDING OR CLOSED CASE(S) IF ANY
*(See instructions):*
JUDGE: *[signature]*
DOCKET NUMBER:

DATE: 2-3-2015
SIGNATURE OF ATTORNEY OF RECORD: *[signature: Donald D. Willis]*

**FOR OFFICE USE ONLY**
RECEIPT # 23600  AMOUNT 400  APPLYING IFP  JUDGE  MAG. JUDGE